UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

In the Bankruptcy of                               Case No. 11-35689
ROGER PETER RINALDI and
DESA LILLY RINALDI,
       Debtors

_____

MOTION FOR EXTENSION OF 24 HOURS TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND CHAPTER 13 PLAN
_____

      NOW COME the Debtors, by their attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES, and respectfully move the Court for an extension of 24 hours to file their Chapter 13 Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan. Good cause for this extension is set forth below:

      1. This case was converted to proceedings under Chapter 13 on March 21, 2012, but the draft of Chapter 13 Schedules, Statement of Financial Affairs and Means Test had been prepared on February 17, 2012. The initial draft of the Chapter 13 Plan was also created in February, 2012.

      2. On March 19, 2012, Debtors' counsel's main computer in which all bankruptcy data was stored crashed.

      3. She had backed up her word processing files as recently as March 15, 2012 and believed that she had backed up the Debtors' bankruptcy program files to her flash drive on February 17, 2012.

      4. On April 2, 2012, she retrieved the Debtors bankruptcy program files from her flash drive and copied the files to her hard drive in order to finalize the filing. To her surprise, she had two versions of the Chapter 7 schedules and statement and did not have a the Chapter 13 schedules and statements.

      5. The IT technician, who works remotely outside of Debtors' counsel's offce, had prepared the final version of the Chapter 13 schedules, statement of financial affairs and means test and e-mailed the data files to Debtors' counsel on February 17, 2012. On April 2, 2012 Debtors' counsel w\as unable to download the data files onto her new computer system from the February 17, 2012 e-mail.

      6. Debtors' counsel was unable to confer with her IT technician until April 4, 2012 at which time the data files were resent by e-mail and were downloaded and installed on Debtors'

1

counsel's hard drive for processing.

7. Debtors' counsel was unable to reach Debtors until the early afternoon of April 4, 2012. Debtor Roger Rinaldi was at a sales call and was planning to return to his home office by 3:30 p.m. Debtor Desa Rinaldi was available by 2:30 p.m. but did not have the information Debtors' counsel needed to finalize the filing.

8. Debtor Roger Rinaldi was delayed at the sales call and was unable to call counsel until 5:00 p.m.

9. Changes were made to the schedules and the schedules were scanned and e-mailed to the Rinaldis.

10. Roger Rinaldi immediately began printing the documents for review.

11. By 7:00 p.m. Roger Rinaldi was still engaged in document review.

12. At 8:30 p.m. Roger Rinaldi was continuing with document review and planning to scan and send minor changes to Debtors' counsel in time for the 11:59 p.m. deadline on April 4, 2012.

13. Debtors' counsel had become somewhat tired and was concerned that she would make transcription errors on the changes to the documents and she advised Roger Rinaldi at about 9:00 p.m. that she would seek this extension for good cause.

14. Good cause exists in that the computer crash in Debtors' counsel's office resulted in lost data, Debtors' counsel needed to retrieve the data from her remote IT technician and Roger Rinaldi was delayed at a sales call.

15. Debtors and their counsel have diligently tried to complete the filing by the 11:59 p.m. deadline on April 4, 2012.

16. No party will be prejudiced or harmed by the filings being completed within 24 hours and the requested extension is reasonable under the circumstances.

WHEREFORE, Debtors request an extension of 24 hours from April 4, 2012 at 10:00 p.m. to file their Chapter 13 schedules, statement of financial affairs, means test and Chapter 13 Plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated at Minneapolis, Minnesota this 4th day of April, 2012.

/s/ Wendy Alison Nora
_____
Wendy Alison Nora
Counsel for the Debtors
ACCESS LEGAL SERVICES
210 Second Street NE
Minneapolis, Minnesota 55413
(612) 333-4144
FAX (612) 886-2444
accesslegalservices@gmail.com

3